IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ELMIRA L. WILLIAMS,<br>　　　Plaintiff, | § § § | |
| v. | § § | Civil Action No. 3:20-CV-1553-E-BH |
| CRAWFORD & CO.,<br>　　　Defendant. | § § § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

*Defendant Crawford & Co.'s Motion for Summary Judgment*, filed April 13, 2021 (doc. 40), is **GRANTED**. By separate judgment, the plaintiff's claims against the defendant will be **DISMISSED with prejudice**.

SIGNED this 20th day of December, 2021.

_____
Ada Brown
UNITED STATES DISTRICT JUDGE